UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------X

PAUL JOSEPH HEIMS,

                Plaintiff,

                                              O R D E R

    -against-

                                            10 CV 3593(ARR)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

----------------------------------------X

ROSS, United States District Judge:

    Plaintiff initiated this action by filing a complaint on 8/3/10.

    The parties are directed to adhere to the following policies, which the Board of Judges have adopted for expediting the disposition of Social Security cases.

    Defendant will obtain **and serve upon plaintiff the administrative record of the proceedings below, along with its answer, within 90 days, by 11/3/10.** Unless otherwise directed by the Court, defendant will move for judgment on the pleadings within the next sixty(60) days, or by 1/3/11, **by service of motion papers upon plaintiff.** Plaintiff's response papers **shall be served upon defendant** within thirty(30) days thereafter, by

1

<u>5/3/11</u>. *Defendant shall thereafter file the entire set of motion papers and the administrative record with the Court.*

Wherefore, it is ordered that plaintiff is granted leave to proceed without being required to prepay fees or costs, or give security therefor.

Clerk is directed to forward to the United States Marshal's Office for the Eastern District of New York copies of plaintiff's summons and complaint. The Marshal is directed to serve the summons and complaint upon the defendants without prepayment of fees.

SO ORDERED:


Dated:   Brooklyn, New York
         August 10, 2010

/S/
_____
Allyne R. Ross
United States District Judge

2

COPIES OF THIS ORDER WERE FORWARDED TO:

Paul Joseph Heims
3930 59th Street
#C10
Woodside, NY 11377

U.S. Attorney's Office
EDNY
Civil Division
One Pierrepont Plaza
Brooklyn, NY 11201
ATTN: Jannette Rodriguez